186 So.2d 160

**Succession of Edese HOLLIER.**
**Dea Aucoin HOLLIER, Surviving Widow,**

v.

**Phillip HOLLIER, Administrator.**

No. 48197.

May 19, 1966.

In re: Dea Aucoin Hollier, surviving widow, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 184 So.2d 790.

Writ refused. On the facts found by the Court of Appeal, the result is correct.